**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-6926**

―――――――――

JEFFREY T. BURNS,

Plaintiff - Appellant,

versus

MRS. BLOUNT,

Defendant - Appellee,

and

RONALD AVERY; LIEUTENANT BATTLE; SERGEANT
BEASLEY; OFFICER JACOBS; OFFICER KRULL,

Defendants.

―――――――――

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. James C. Fox, Chief District
Judge. (CA-95-58-5-F)

―――――――――

Submitted:  September 11, 1997    Decided:  September 23, 1997

―――――――――

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Jeffrey T. Burns, Appellant Pro Se.  Reid Russell, PATTERSON,
DILTHEY, CLAY & BRYSON, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinions partially accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Burns v. Blount</u>, No. CA-95-58-5-F (E.D.N.C. Aug. 14, 1996 & June 17, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2